UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | ( ) |
|---|---|---|
| TELEPHONE (✓) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL    (✓) | DISCOVERY | (✓) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Friday, April 13, 2007 @ 10:30 a.m.

CASE NUMBER: 3:CV-06-2202

CAPTION:    Nichols v. USA Truck, Inc., et al.

COUNSEL FOR PLAINTIFF:            Thomas J. Foley, III, Esquire (via phone)

COUNSEL FOR DEFENDANT:            Gary Stewart, Esquire (in person)

---

**CONFERENCE RESULTS:**

♦   There has been some confusion about whether the date and time for conference were communicated.  Stewart appeared based on his understanding to do so if counsel did not resolve their differences on the issues;

♦   Foley said he was given no date or time.  He did not appear;

♦   Regardless, counsel conferred by phone, and it appears there has been some accommodation.

♦   We urge that counsel find some mutual basis to be more readily available to each other.